# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139168(38)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 139168
                                      COA: 284070
SOFRONZO ERIC HORNE,
      Defendant-Appellant.
                                      Wayne CC: 07-014448-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's September 28, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

                                    Clerk

d1116